IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMAR B. PERRY,<br>    Petitioner | )<br>)<br>) | |
| vs. | )<br>) | Civil Action No. 06-1560<br>Judge Gary L. Lancaster/ |
| DAVID DIGUGLIELMO; THE DISTRICT<br>ATTORNEY OF THE COUNTY OF<br>BEAVER; THE ATTORNEY GENERAL<br>OF THE STATE OF PENNSYLVANIA,<br>    Respondents | )<br>)<br>)<br>)<br>) | Magistrate Judge Amy Reynolds Hay |

## ORDER

AND NOW, this 28 day of February, 2008, after the Petitioner, Anthony Williams, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until February 19, 2008, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the petition filed pursuant to 28 U.S.C. § 2254 is dismissed;

IT IS FURTHER ORDERED that a certificate of appealability is denied.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Federal Rule of Appellate Procedure 3.

GARY L. LANCASTER
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Jamar B. Perry
DQ-4432
SCI Graterford
P.O. Box 244
Graterford, PA 19426-0244

All Counsel of Record via CM-ECF